# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERREK PANNELL, | No. 4:19-CV-00867 |
| Petitioner, | (Judge Brann) |
| v. | |
| D.K. WHITE, | |
| Respondent. | |

## ORDER

**JUNE 18, 2019**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Pannell's 28 U.S.C. § 2241 petition (Doc. 1) is **DISMISSED** for lack of jurisdiction; and

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge